# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 17-1035**

---

ANTHONY J. CILWA,

    Debtor - Appellant,

  v.

JOHN K. FORT, Trustee,

    Trustee - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Timothy M. Cain, District Judge.  (7:16-cv-01301-TMC)

---

Submitted:  April 25, 2017           Decided:  April 28, 2017

---

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

---

Affirmed by unpublished per curiam opinoin.

---

Anthony Cilwa, Appellant Pro Se.  James Henry Cassidy, Joshua Jennings Hudson, ROE, CASSIDY, COATES & PRICE, PA, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony J. Cilwa appeals from the district court's order accepting the recommendation of the magistrate judge and affirming the bankruptcy court's orders directing the turnover to the bankruptcy trustee of proceeds from Cilwa's unauthorized sale of property of the estate and authorizing the bankruptcy trustee to avoid Cilwa's postpetition transfer of property to his son. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Cilwa v. Fort*, No. 7:16-cv-01301-TMC (D.S.C. Dec. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*